IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVE BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:07-CV-1046-WC |
| ) | |
| SLINGCO, LLC, ) | |
| SLINGCO LIMITED, ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dave Byrd, Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gary C. Sherrer of Sherrer, Jones & Terry, P.C. | Attorney - Member of firm |
| Patrick B. Jones, III of Sherrer, Jones & Terry, P.C. | Attorney - Member of firm |
| D. Lewis Terry, Jr. | Previous counsel for Plaintiff, died February 4, 2008. |

This case is in the process of being referred to another lawyer and law firm to represent Plaintiff.

Dated this 3rd day of April, 2008.

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney - Member of Firm

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Conflict Disclosure Statement upon:

| | |
|---|---|
| Slingco, LLC | Slingco Limited |
| Richard P. Lindsey, registered agent | 180 Walter Way, Suite 106 |
| 400 Westpark Court, Suite 220 | Fayetteville, Georgia 30214 |
| Peachtree City, Georgia 30269 | |

by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of April 2008.

**s/Gary C. Sherrer**
Of Counsel
