IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVE BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 1:07-CV-1046-WKW |
| | ) |
| | ) |
| SLINGCO, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is ORDERED that Plaintiff David Byrd show cause on or before **August 19, 2008**, as to why the court should not dismiss this cause of action without prejudice for failure of Plaintiff to effect service within the prescribed 120 days.

DONE this 6th day of August, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE