IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVE BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:07-CV-1046-WKW |
| | ) | |
| | ) | |
| SLINGCO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's oral motion for an extension of time to comply with

the court's Order entered on August 6, 2008 (Doc. # 6), it is ORDERED that the motion is

GRANTED **to and including September 15, 2008**.[1]

DONE this 5th day of September, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Given the medical emergencies suffered by Plaintiff's counsel, Mr. Gary Clayborn Sherrer, the court accepts Plaintiff's oral motion in lieu of a written motion.